Commonwealth *v.* McKenzie, Appellant.

Submitted September 17, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Penn B. Glazier,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant.

*Charles A. Achey, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION BY PRICE, J., December 11, 1974:

The issues raised by appellant have been decided in *Commonwealth v. Shriner,* 232 Pa. Superior Ct. 306, 332 A.2d 501 (1974) and *Commonwealth v. Hardy,* 232 Pa. Superior Ct. 314, 332 A. 2d 506 (1974). Appellant was a co-defendant in those cases.

Judgment of sentence affirmed.